# United States District Court for the
# Eastern District of California

| | |
|---|---|
| GREGORY RATHS,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; and ALEX PADILLA, in his official capacity as Secretary of State of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California<br><br>Defendant. | Case No. 2:19-cv-01604-MCE-DB<br><br>**ORDER TO DISMISS COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

Upon consideration of Plaintiff's Unopposed Motion to Dismiss Complaint for Declaratory and Injunctive Relief, the Motion (ECF No. 9) is GRANTED, and the case is dismissed WITHOUT prejudice. The matter having now been concluded in entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: August 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER TO DISMISS COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**